UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEMAR MCGREGOR,

               Plaintiff,

    - against -

BROADCAST MUSIC INCORPORATED (BMI),

               Defendant.

---

21-cv-3616 (JGK)

ORDER

Copy mailed to pro se party(ies) at docket address

JOHN G. KOELTL, District Judge:

    The plaintiff may file an amended complaint. Should he decide to do so, he must file the complaint by **October 22, 2021**. If the plaintiff does not file an amended complaint, the defendant may answer or move to dismiss the current complaint by **November 5, 2021**. If the defendant moves to dismiss the complaint, the plaintiff should respond by **November 29, 2021**. The defendant may reply by **December 13, 2021**.

    If the plaintiff files an amended complaint, the defendant will have three weeks to move or answer with respect to the amended complaint. The defendant will not need to ask for a pre-motion conference.

    The pro se plaintiff may seek legal advice and assistance from the New York Legal Assistance Group (NYLAG) at (212) 659-6190. A flyer about contacting NYLAG is attached to this Order.

    Chambers will mail a copy of this order and its attachment to the pro se plaintiff at:

Kemar McGregor

4555 N.W. 103rd Avenue, Suite 100

Sunrise, Florida 33351

**SO ORDERED.**

**Dated:    New York, New York
          September 30, 2021**

_____
John G. Koeltl
**United States District Judge**



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax. The clinic cannot assist individuals while they are incarcerated, but can provide assistance to litigants once they are released from custody.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

Thurgood Marshall
United States Courthouse
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays

---

The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas St
White Plains, NY 10601
(212) 659 6190

Open Wednesday
12 p.m. - 4 p.m.
Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.



# Notice For Pro Se Litigants

As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call <u>212-659-6190</u> and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.





NYLAG
New York Legal Assistance Group