UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEMAR MCGREGOR,

               Plaintiff,

    - against -

BROADCAST MUSIC INCORPORATED (BMI),

               Defendant.

21-cv-3616 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court attaches a copy of the September 16, 2021 Order because it appears not to have been mailed to the plaintiff.

    The Court requested that defense counsel obtain a transcript of the September 30, 2021 conference and mail it to the plaintiff.

SO ORDERED.

Dated:   New York, New York
         October 1, 2021

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge

Copy mailed to pro se party(ies) at docket address