UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEMAR MCGREGOR, ET AL.,

        Plaintiffs,

- against -

BROADCAST MUSIC, INC.,

        Defendant.

21-cv-3616 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Attached to this Order is an endorsed version of the Suggestion of Bankruptcy that was filed by Kenneth A. Welt, Chapter 7 trustee for the bankruptcy estate of Kemar McGregor (ECF No. 25).

The Clerk is directed to mail copies of this Order and its attachment to the following addresses and to note service on the docket:

    Howard K. Butler
    P.O. Box 450671
    Sunrise, Florida 33345

    Kenneth A. Welt
    4581 Weston Road Suite 355
    Weston, Florida 33331

SO ORDERED.

Dated:    New York, New York
           November 17, 2021

                                        John G. Koeltl
                                  United States District Judge

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEMAR MCGREGOR and FLAVOR ROOTS PUBLISHING,

Plaintiffs,

V,

BROADCAST MUSIC, INC.,

Defendants.

Case No. 21-cv-03616-JGK

*[Handwritten annotation:]* The Trustee for the Debtor should advise the Court promptly whether it is continuing to pursue this case. So ordered. 11/17/21 /s/ J. Koeltl U.S.D.J.

## SUGGESTION OF BANKRUPTCY

**KENNETH A. WELT,** Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of **KEMAR RICARDO MCGREGOR** (the "**Debtor**"), by and through counsel, hereby gives notice that on October 8, 2021, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida, Fort Lauderdale Division, Case No. 21-19721-PDR. Thereafter, the Trustee was appointed as the Debtor's Chapter 7 Trustee. The notice of the filing for the Bankruptcy Case is attached hereto **Exhibit "A"**.

Please be advised that with the filing of the Chapter 7 case, all of the property of the Debtor, including claims and causes of action, are property of the Debtor's bankruptcy estate and subject to the Trustee's administration and the jurisdiction of the Bankruptcy Court.

The filing of the Chapter 7 case operates as an automatic stay of the commencement or continuance of any action against the Debtor as set more specifically in 11 U.S.C. §362.

Dated this 16th day of November, 2021.

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for Chapter 7 Trustee*
Miami Tower, Suite 4400
100 Southeast Second Street
Miami, Florida 33131
Telephone: (305) 349-2300

By: */s/Theresa M.B. Van Vliet*
Theresa M.B. Van Vliet, Esq.
Fla. Bar No. 374040
Email: tvanvliet@gjb-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served via U.S. Mail and electronic mail to Broadcast Music, Attn: J. Brugh Lower, Gibbons, P.C., One Pennsylvania Plaza, 37th Floor, New York, New York, 10119-3701, Email: jlower@gibbonslaw.com on this 16th day of November 2021.

By: */s/Theresa M.B. Van Vliet*
Theresa M.B. Van Vliet, Esq.

# EXHIBIT A

United States Bankruptcy Court
Southern District of Florida

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 10/08/2021 at 1:51 PM and filed on 10/08/2021.

**Kemar Ricardo McGregor**
9633 NW 45th St.
Sunrise, FL 33351
SSN / ITIN: xxx-xx-8692
Tax ID / EIN: 82-4033835, 81-4868659
*fdba* **Streaminn Hub Inc.**
*fdba* **FM Records Music LLC**

The case was filed by the debtor's attorney:    The bankruptcy trustee is:

**Howard K Butler**                               **Kenneth A Welt**
P.O. Box 450671                                   4581 Weston Road Suite 355
Sunrise, FL 33345                                 Weston, FL 33331
(954)797-5338                                     (954) 761-5161

The case was assigned case number 21-19721-PDR to Judge Peter D. Russin.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**

| **PACER Service Center** |
|---|
| **Transaction Receipt** |

| 11/09/2021 14:16:54 | | | |
|---|---|---|---|
| PACER Login: | vlambdin3:3435460:3942539 | Client Code: | 12720-001 |
| Description: | Notice of Filing | Search Criteria: | 21-19721-PDR |
| Billable Pages: | 1 | Cost: | 0.10 |