UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEMAR MCGREGOR,

                Plaintiff,

  - against -

BROADCAST MUSIC INCORPORATED (BMI),
                Defendant.

21-cv-3616 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On November 5, 2021, the defendant filed a motion to dismiss the plaintiff's complaint. ECF No. 22. On November 16, 2021, the plaintiff filed a suggestion of bankruptcy, ECF No. 25, and on November 18, the Court ordered the trustee for the plaintiff's bankruptcy estate to advise the Court promptly whether it is continuing to pursue this case, ECF No. 26.

If the trustee for the debtor fails to advise this Court by **January 14, 2022** that it wishes to continue this case, the case will be dismissed without prejudice for failure to prosecute.

The Clerk is directed to mail copies of this Order to the following addresses and to note service on the docket:

    Howard K. Butler
    P.O. Box 450671
    Sunrise, Florida 33345

Kenneth A. Welt
4581 Weston Road, Suite 355
Weston, Florida 33331

SO ORDERED.

Dated:   New York, New York
         December 21, 2021

_____
John G. Koeltl
United States District Judge